IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:

WRIGHT, LAURA J.  *  Case No. 17-14352-NVA
(Chapter 7)
    Debtor  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

NOTICE OF APPEARANCE

Please enter the appearance of John C. Schropp, Esq., Yumkas, Vidmar, Sweeney & Mulrenin, LLC as counsel for Creditor, Timothy Wright and send copies of all motions, orders and notices filed in this matter to the undersigned.

    /s/ John C. Schropp
John C. Schropp, Esq., 26963
Yumkas, Vidmar, Sweeney & Mulrenin, LLC
10211 Wincopin Circle, Suite 500
Columbia, Maryland  21044
Ph:  443-569-0753
Fx:  410-571-2798
jschropp@yvslaw.com
*Attorneys for Timothy Wright*

4839-8673-7723 v.1

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July 2017, a copy of the Notice of Appearance was served via U.S. Mail, postage prepaid to the following:

>Richard M. Kremen, Trustee
>DLA Piper LLP (US) The Marbury Building
>6225 Smith Avenue
>Baltimore, Maryland 21209-3600
>
>Kevin Richard Hayes, Esquire
>The Law Office of Kevin R. Hayes, LLC
>815 Ritchie Highway, Suite 216
>Severna Park, MD 21146

                                            /s/ John C. Schropp
                                            John C. Schropp